## (October 10, 1978)

■ ROBERTA BERMAN, Respondent, v PETER BERMAN, Appellant.—In an action in which the plaintiff wife was granted a judgment of divorce and awarded custody of the parties' three minor children, defendant appeals from an order of the Supreme Court, Nassau County, dated August 4, 1977, which, after a hearing, denied his cross motion to, *inter alia*, modify the judgment of divorce so as to change custody of the children. Order affirmed, without costs or disbursements. Under the circumstances revealed at the hearing, we hold that Special Term properly exercised its discretion in determining that custody of the children should remain with their mother, but that she should adhere more closely to the terms of the judgment of divorce with respect to the father's visitation rights and other areas of consultation. As has been so often stated, the best interests of the children are the paramount consideration in determining questions of custody. Defendant-appellant has not sufficiently demonstrated that a change in custody would be beneficial to the children. Damiani, J. P., Titone, Rabin and Margett, JJ., concur.

■ JULIAN BUSH, Respondent, v RUTH C. BUSH, Appellant.—In a matrimonial action in which the parties had been granted a judgment of divorce, defendant appeals from an order of the Supreme Court, Nassau County, dated August 4, 1977, which denied her motion to vacate the judgment on the grounds of fraud, misrepresentation and duress. Order affirmed, with $50 costs and disbursements. Special Term correctly concluded that defendant failed to set forth sufficient proof of fraud, misrepresentation or other misconduct of an adverse party to warrant relief from the judgment of divorce. The other issues raised by defendant do not relate to grounds for relief from a judgment (see CPLR 5015) and, accordingly, are not properly presented on this appeal. Damiani, J. P., Titone, Rabin and Margett, JJ., concur.